**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| **LORI L. RICHARDSON,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**MICHAEL J. ASTRUE,** )<br>**Commissioner of the** )<br>**Social Security Administration,** )<br>)<br>Defendant. )<br>_____) | **CASE NO. EDCV 07-1524 AJW**<br><br><br>**J U D G M E N T** |

**IT IS ADJUDGED** that the decision of defendant is affirmed.

DATED: October 6, 2008

_____
ANDREW J. WISTRICH
United States Magistrate Judge